# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Philadelphia Newspapers, LLC, | Case No. 09-_____ (___) |
| Debtor. | Joint Administration Requested |
| In re: | Chapter 11 |
| Broad Street Video, LLC, | Case No. 09-_____ (___) |
| Debtor. | Joint Administration Requested |
| In re: | Chapter 11 |
| Philadelphia Media, LLC, | Case No. 09-_____ (___) |
| Debtor. | Joint Administration Requested |
| In re: | Chapter 11 |
| PMH Acquistion, LLC, | Case No. 09-_____ (___) |
| Debtor. | Joint Administration Requested |
| In re: | Chapter 11 |
| Philadelphia Direct, LLC, | Case No. 09-_____ (___) |
| Debtor. | Joint Administration Requested |
| In re: | Chapter 11 |
| Broad Street Publishing, LLC, | Case No. 09-_____ (___) |
| Debtor. | Joint Administration Requested |

795842_1

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Philly Online, LLC, ) | Case No. 09-_____ (___) |
| ) | |
| Debtor. ) | Joint Administration Requested |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| PMH Holdings, LLC, ) | Case No. 09-_____ (___) |
| ) | |
| Debtor. ) | Joint Administration Requested |

## STATEMENT OF QUALIFICATION AS
## COMPLEX CHAPTER 11 CASE

This chapter 11 case was filed on February 22, 2009. The undersigned attorney for the debtor believes that this case qualifies under Local Bankruptcy Rule 1002-2 as a complex chapter 11 case because the debtor's total debt exceeds the minimum requirement under Local Bankruptcy Rule 1002-2 of total debt in the amount of $10 million, and

_____ the debtor's debt securities are publicly traded

_____ the debtor's equity securities are publicly traded, and/or

___X___ there are 100 or more parties in interest in the case.

795842_1

Dated: February 22, 2009
      Philadelphia, Pennsylvania

/s/ *[signature]*

**DILWORTH PAXSON LLP**
Lawrence G. McMichael
Anne M. Aaronson
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
*Proposed 327(e) and Local Counsel for the Debtors and Debtors-in-Possession*

**PROSKAUER ROSE LLP**
Mark K. Thomas (*pro hac vice* pending)
Paul V. Possinger (*pro hac vice* pending)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

-and-

**PROSKAUER ROSE LLP**
Richard J. Corbi (*pro hac vice* pending)
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Proposed 327(a) Counsel for the Debtors and Debtors in Possession*

795842_1