IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **PHILADELPHIA NEWSPAPERS, LLC,** | : | |
| *ET AL.,* | | |
| | : | Case No. 09-11204 (JKF) |
| Debtors. | | Jointly Administered |
| _____ | : | |

# ORDER

This 15th day of May, 2009, the Debtor's Application for Entry of an Order Authorizing Retention and Employment of Elliott Greenleaf & Siedzikowski, P.C., as Special Counsel for the Debtors and Debtors-in-Possession is **denied without prejudice** in accordance with the hearing on April 20, 2009 and with the accompanying Memorandum Opinion.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Lawrence McMichael, Esquire
Anne Marie Aaronson, Esquire
Catherine G. Pappas, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Mark K. Thomas, Esquire
Paul V. Possinger, Esquire
Peter J. Young, Esquire
Proskauer Rose LLP
Three First National Plaza
70 W. Madison, Suite 3800
Chicago, IL 60602

Andrew C. Kassner, Esquire
Andrew J. Flame, Esquire
Barry Gross, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Fred S. Hodara, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

David Klauder, Esquire
U.S. Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Gary Schildhorn, Esquire
Brya M. Keilson, Esquire
Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Ben H. Logan, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Gerald C. Bender, Esquire
Joshua Paul Weisser, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036