UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| Philadelphia Newspapers, LLC, *et al.*,[1] | ) Case No. 09-11204 (SR) |
| Debtors. | ) Jointly Administered |

## ORDER SETTING HEARINGS

AND NOW, this __14th__ day of __AUG__, 2009, following the Status Conference held on August 11, 2009, it is hereby ORDERED that the following matters pending before this Court will be heard as follows:

August 18, 2009 at 10:00 a.m.

- Motion of Vahan H. Gureghian, Danielle Gureghian and Charter School Management, Inc. to Dismiss Case as to the Philadelphia Media Holdings, LLC Bankruptcy Case, or in the alternative Motion to Disqualify Dilworth Paxson LLP as co-counsel for Philadelphia Media Holdings, LLC [Docket No. 767]

- Motion of Elliott Greenleaf to Reconsider this Court's April 20, 2009 Order Denying Debtors' Request for its Special Counsel to Conduct an Investigation [Docket No. 769]

- Debtors' Motion to Extend Time to File Notices of Removal [Docket No. 842]

- Motion of Chester Community Charter School to Intervene Pursuant to Fed. R. Bankr. P. 7024 [09-85 Adv. Docket No. 19]

- Objection of Vahan H. Gureghian, Danielle Gureghian and Charter School Management, Inc. to Debtors' Disclosure Dated June 22, 2009 Relating to the Representation of Dan Hardy with Respect to Right-to-Know Litigation [09-85 Adv. Docket No. 177]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PMH Acquisition, LLC (1299), Broad Street Video, LLC (4665), Philadelphia Newspapers, LLC (3870), Philadelphia Direct, LLC (4439), Philly Online, LLC (5185), PMH Holdings, LLC (1768), Broad Street Publishing, LLC (4574), Philadelphia Media, LLC (0657) and Philadelphia Media Holdings, LLC (4680).

820218_1

- Debtors' Motion to Extend the Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) and to Extend the Automatic Stay Pursuant to Section 362(a) of the Bankruptcy Code [09-85 Adv. Docket No. 228]

- Debtors' Motion for Preliminary Injunction and a Temporary Restraining Order Pursuant To 11 U.S.C. § 105(a) and/or for an Extension of the Automatic Stay Pursuant To Section 362(a) Of The Bankruptcy Code [09-228 Adv. Docket No. 2]

- Motion of Vahan H. Gureghian, Danielle Gureghian and Charter School Management, Inc. to Shorten time to Limit Notice, in addition to Motion to Compel Discovery and Motion to Continue Hearing on Motion for Preliminary Injunction currently scheduled for August 18, 2009 [09-228 Adv. Docket No. 21]

August 20, 2009 at 10:00 a.m.

- Motion of the Debtors for Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders and Granting Adequate Protection for Use and (B) Prescribing Form and Manner of Notice and Setting the Time for the Final Hearing [Docket No. 21]

- Motion of the Debtors for Entry of Interim and Final Orders: (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Superpriority Claims, (C) Authorizing Use of Cash Collateral, (D) Granting Adequate Protection to Prepetition Senior Lenders and (E) Scheduling a Final Hearing [Docket No. 22]

- Motion of Republic First Bancorp, Inc. for Order Quashing Subpoena [Docket No. 791]

August 21, 2009 at 10:00 a.m.

- Continuation of hearings from August 20, 2009 at 10:00 a.m. (if necessary)

August 28, 2009 at 10:00 a.m.

- Debtors' Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Docket No. 844]

- Motion of The Steering Group of Prepetition Secured Lenders and Citizens Bank of Pennsylvania, as Agent for the Prepetition Secured Lenders, for an Order Pursuant to Section 105(a), Confirming Their Authority to Engage In Negotiations With the Debtors' Unions Regarding the Terms of the Collective Bargaining Agreements [Docket No. 892]

820218_1

- Motion of The Steering Group of Prepetition Secured Lenders and Citizens Bank of Pennsylvania, as Agent for the Prepetition Secured Lenders for an Order Pursuant to Section 1121(d), Terminating the Debtors' Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto, and, Motion Granting Leave to File the Disclosure Statement Subsequent to the Filing of the Plan and, if necessary, Commence Discovery in Connection Therewith, and Objection to Debtors' Motion for an Order Pursuant to 11 U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto [Docket No. 895]

Entered: _____
The Honorable Stephen Raslavich
Chief Judge, United States
Bankruptcy Court

820218_1