IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| PHILADELPHIA NEWSPAPERS, LLC ET AL. | : BANKRUPTCY NO. 09-11204SR |
| | : |
| | : JOINTLY ADMINISTERED |
| DEBTOR(S) | : |

# ORDER

**AND NOW,** upon consideration of Debtors' Motion for an Order: (A) Approving Procedures for the Sale of Certain of the Debtors' Assets; (B) Scheduling an Auction; (C) Approving Assumption and Assignment Procedures; (D) Approving Form of Notice; and (E) Granting Related Relief, (hereinafter referred to as the "Bid Procedures Motion" or "the Motion"), the objections thereto, the parties' briefs, after hearing held October 1, 2009, and for the reasons set forth in the preceding Opinion, it is hereby:

**ORDERED** that the Motion is denied as presented, but may be resubmitted if modified in accordance with the within Opinion.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: <u>October 8, 2009</u>

Lawrence G. McMichael, Esquire
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

ANNE MARIE AARONSON
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

DAVID B. AARONSON
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Sts
Philadelphia, PA 19107

DAVID F. ABERNETHY
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103-6996

STEPHEN M. BALDINI
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

GERALD C. BENDER
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

DAWN M. COSTA
Jennings Sigmond PC
510 Walnut Street
Suite 1600
Philadelphia, PA 19106

ANDREW JAY FLAME
Drinker Biddle Reath LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801

ALEXIS FREEMAN
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

RONALD S. GELLERT
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

EDMOND M. GEORGE
Obermayer Rebmann Maxwell & Hippel, LLP
1617 John F. Kennedy Blvd.
One Penn Center
Suite 1900
Philadelphia, PA 19103

FRED S. HODARA
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

GEOFFREY R. JOHNSON
Sprague & Sprague
Wellongton Building
135 S. 19th Street
Suite 400
Philadelphia, PA 19103

JEREMY R. JOHNSON
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020

ANDREW C. KASSNER
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Sts
Philadelphia, PA 19107

MAXWELL S. KENNERLY
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

JEFFREY KURTZMAN
Klehr, Harrison, Harvey, Branzberg
260 South Broad Street
Philadelphia, PA 19102

JAMES L. LINSEY
Cohen, Weiss and Simon LLP
330 West 42nd Street
25th Floor
New York, NY 10036

BEN H. LOGAN
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

MELANIE MCLAUGHLIN
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

SUSAN A. MURRAY
Freedman & Lorry PC
1601 Market Street
2nd floor
Philadelphia, Pa 19103

VICENTE MATIAS MURRELL
Office of the Chief Counsel
1200 K Street, N.W.
Suite 340
Washington, DC 20005

ORLY NHAISSI
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

PAUL V. POSSINGER
Proskauer Rose, LLP
Three First National Plaza
70 W. Madison
Suite 3800
Chicago, IL 60602

ABID QURESHI
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

PAUL R. ROSEN
Spector Gadon & Rosen, P.C.
1635 Market Street
7th Floor
Philadelphia, PA 19103

GARY M. SCHILDHORN
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

MARK J. SCHWEMLER
Elliott Greenleaf & Siedzikowski PC
925 Harvest Drive
Suite 300
Blue Bell, PA 19422

LAWRENCE R. WOEHRLE
Sprague & Sprague
The Wellington Bldg.
135 S. 19th Street
Suite 400
Philadelphia, PA 19103

PETER J. YOUNG
Proskauer Rose LLP
Three First National Plaza
70 W. Madison
Suite 3800
Chicago, IL 60602

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Honorable Richard E. Fehiling