November 4, 2009

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107-4299

                        RE:    IN RE: PHILADELPHIA NEWSPAPERS, LLC
                                CA No. 09-3839
                                Bky. No. 09-11204

Dear Mr. McGrath:

       Enclosed herewith is the original Bankruptcy Record, together with a copy of the Order which was filed in this office on 9/15/2009.

       Kindly acknowledge receipt on the copy of letter provided.

                                             Very truly yours,

                                             MICHAEL E. KUNZ
                                             Clerk of Court

                                             By:_____
                                             STEPHEN GILL, Deputy Clerk

Received above record this ____ day of _____
                                                        (Signature)

bankrec.frm