# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| PHILADELPHIA NEWSPAPERS, LLC, ET AL | : |
| DEBTOR(S) | : BANKRUPTCY NO. 09-11204 SR |
| | : JOINTLY ADMINISTERED |

## ORDER

**AND NOW,** upon consideration of the *Debtors' Motion for Entry of an Order Compelling the Steering Group of Prepetition Lenders to Comply with Federal Rule of Bankruptcy Procedure 2019*, the Objection of the Steering Group of Prepetition Secured Lenders filed thereto, and after hearing held thereon December 21, 2009, it is hereby:

**ORDERED** that for the reasons stated in the accompanying Opinion, the Motion shall be and hereby is Denied.

By the Court:

*Stephen Raslavich*
_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: February 4, 2010

Counsel for the Debtors

Anne Marie Aaronson, Esquire
Lawrence G. McMichael, Esquire
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

Counsel for the Steering Group
of Prepetition Lenders

Abid Qureshi, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

Office of the United States Trustee

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106