# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 11 |
| | : |
| PHILADELPHIA NEWSPAPERS, LLC., ET AL., | : |
| | : |
| DEBTOR(S) | : BANKRUPTCY NO. 09-11204 SR |
| | : |
| | : JOINTLY ADMINISTERED |

# ORDER

**AND NOW,** upon consideration of the Application of the Newspaper Guild of Greater Philadelphia Local 10 for an Order for Allowance and Payment of Administrative Expense Claim Pursuant to §503(b)(1)(A)(ii) and after a hearing with notice, it is hereby **ORDERED** that the Application is **DENIED**.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: July 15, 2010

<u>Counsel for the Newspaper Guild of Greater Philadelphia Local 10 and Stephen Smith</u>
Neal Goldstein, Equire
1601 Market Street, 2nd Floor
Philadelphia, PA 19103

<u>Counsel for Debtors</u>
Anne M. Aaronson, Esquire
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

<u>United States Trustee</u>
George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

<u>Courtroom Deputy to Judge Raslavich</u>
Nancy Mulvehill