UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------------------------x
                                                    )
In re:                                              ) Chapter 11
                                                    )
PHILADELPHIA NEWSPAPERS, LLC, et al.,               ) Case No. 09-11204 (Jkf)
                                                    )
                                                    )
                                                    )
      Debtors                                       ) (Jointly Administered)
-------------------------------------------------------------------------x
```

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Credit Suisse Securities (USA) LLC.</u> | <u>The CIT Group/Equipment Financing, Inc.</u> |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | **Case No. 09-11204**<br>Court Claim # (if known): _____ |
| Credit Suisse AG<br>11 Madison Avenue, 5th Floor<br>New York, NY 10010<br>Attention: Ronald Gotz<br>Telephone: (212) 325-9917<br>Facsimile: (212) 538-8229<br>E-mail: ronald.gotz@credit-suisse.com | Amount of Claim: <u>$3,583,050.31</u><br>Date Claim Filed: <u>May 21, 2009</u> |

With a copy to:

Credit Suisse AG
One Madison Avenue, 2nd Floor
New York, NY 10010
Attention: Ashwinee Sawh
Telephone: 212-538-2905
Facsimile: 212-325-8129
E-mail: ashwinee.sawh@credit-suisse.com

NYC:215549.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CREDIT SUISSE SECURITIES (USA) LLC

By: *Michael Wotanowski*
**Authorized Signatory**      Date: August 5th, 2010

Transferee/Transferee's Agent

Attached hereto as Exhibit A is an Evidence of Transfer of Claim executed by Transferor and Transferee.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:215549.1

1. **EVIDENCE OF TRANSFER OF CLAIM**

2. TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The CIT Group/Equipment Financing, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse Securities (USA) LLC ("Purchaser") 100.0% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Philadelphia Newspapers, LLC (the "Debtor"), the debtor in Case No. 09-11204 pending in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 5th day of August 2010.

THE CIT GROUP/EQUIPMENT FINANCING, INC.

By: _____
Name: ANDREW GIANGRAVE
Title: MANAGING DIRECTOR

**CREDIT SUISSE SECURITIES (USA) LLC**

By: _____
Name:
Title:

NYC:215549.1

1. **EVIDENCE OF TRANSFER OF CLAIM**

2. TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The CIT Group/Equipment Financing, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse Securities (USA) LLC ("Purchaser") 100.0% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Philadelphia Newspapers, LLC (the "Debtor"), the debtor in Case No. 09-11204 pending in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 5th day of August 2010.

**THE CIT GROUP/EQUIPMENT FINANCING, INC.**

By: _____
Name:
Title:

**CREDIT SUISSE SECURITIES (USA) LLC**

By: _____
Name: **Michael Wotanowski**
Title: **Authorized Signatory**

NYC:215549.1