# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Philadelphia Newspapers, LLC, *et al.*,[1] | Case No. 09-11204 (SR) |
| Debtors. | Jointly Administered |

## NOTICE OF EFFECTIVE DATE OF FIFTH AMENDED
## JOINT CHAPTER 11 PLAN AS OF SEPTEMBER 24, 2010

PLEASE TAKE NOTICE that on September 30, 2010, the United States Bankruptcy Court for the Eastern District of Pennsylvania entered an order (Docket No. 2620) (the "Confirmation Order") confirming the Fifth Amended Joint Chapter 11 Plan as of September 24, 2010 (the "Plan") in the chapter 11 cases of the above-captioned debtors (the "Debtors").[2] Copies of the Confirmation Order, the Plan, and related documents are available at http://www.pnreorg.com or the Bankruptcy Court's website at http://www.paeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on October 8, 2010.

PLEASE TAKE FURTHER NOTICE that all applications for compensation for services rendered and reimbursement of expenses incurred by Professionals (a) from the Petition Date through the Effective Date, or (b) at any time during the Chapter 11 Cases, when such compensation is sought pursuant to sections 503(b)(2) through (b)(5) of the Bankruptcy Code,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Philadelphia Media Holdings, LLC (4680), PMH Acquisition, LLC (1299), Broad Street Video, LLC (4665), Philadelphia Newspapers, LLC (3870), Philadelphia Direct, LLC (4439), Philly Online, LLC (5185), PMH Holdings, LLC (1768), Broad Street Publishing, LLC (4574) and Philadelphia Media, LLC (0657).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

100274432 v1

shall be filed no later than forty-five (45) days after the Effective Date or such later date as the Bankruptcy Court approves.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan, all claims arising out of the rejection of any executory contract or unexpired lease must be filed in accordance with the Plan no later than the later of (a) sixty (60) days after the Effective Date, or (b) thirty (30) days after the entry of an order rejecting such executory contract or unexpired lease. Any claim not filed and served in accordance with the Plan within such time period will be forever barred.

Dated: October 22, 2010

**COUNSEL FOR THE DEBTORS**

*/s/ Lawrence G. McMichael*
Lawrence G. McMichael
Anne M. Aaronson
DILWORTH PAXSON LLP
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

- and -

Mark K. Thomas
Paul V. Possinger
Peter J. Young
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

**COUNSEL FOR THE PURCHASER**

*/s/ Andrew C. Kassner*
Andrew C. Kassner
Andrew J. Flame
David Abernethy
DRINKER BIDDLE & REATH LLP
One Logan Square
Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

- and -

Fred S. Hodara
Abid Qureshi
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

2

100274432 v1