# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| PHILADELPHIA NEWSPAPERS, LLC, ET AL | : CASE NO. 09-11204  SR |
| | : |
| DEBTOR(S) | : JOINTLY ADMINISTERED |

## ORDER APPROVING MOTION
## OF PHILADELPHIA MEDIA NETWORK, INC. AND CERTAIN OF ITS REPORTERS
## TO ENFORCE THE CONFIRMED PLAN AND CONFIRMATION ORDER AND
## TO BAR CERTAIN PLAINTIFFS FROM PROSECUTING STATE COURT ACTIONS

Upon consideration of the Motion of Philadelphia Media Network, Inc., Alfred Lubrano, Julie Shaw, William Bender, Rita Giordano, (together, the "Movants") to enforce the confirmed Plan and Confirmation Order and to bar Peter Quinn, Richard P. Glunk, M.D., and Michelle Brodie from prosecuting state court actions against the Movants (the "Motion"), the Court finds that: (i) it has jurisdiction over the matters raised in the Motion; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) notice of the Motion and any hearing thereon was sufficient, proper and adequate; and (iv) upon the record herein and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.  Accordingly the Court hereby ORDERS that:

    1.    The Motion is GRANTED in all respects; and

    2.    The civil action captioned *Richard P. Glunk, M.D. v. Rita Giordano, the Philadelphia Inquirer, and John and/or Jane Doe*, Civil Action No. 10-12069 pending in the Court of Common Pleas of Chester County, Pennsylvania, shall be dismissed with prejudice, and Plaintiff Glunk shall immediately take the necessary action, at his

sole cost and expense, to effectuate the dismissal with prejudice, including signing and filing such pleadings as are necessary and appropriate in furtherance thereof; and

      3.    The civil action captioned *Peter D. Quinn v. Philadelphia Media Holdings, LLC t/a Philadelphia Media Holdings, Philadelphia Media Network, Inc. t/a Philadelphia Media Network, and Julie Shaw*, Civil Action No. 228, E-filing No. 101200228, pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, if not already done so, shall be dismissed with prejudice, and Plaintiff Quinn shall immediately take the necessary action, at his sole cost and expense, to effectuate the dismissal with prejudice, including signing and filing such pleadings as are necessary and appropriate in furtherance thereof; and

      4.    The civil action captioned *Michelle Brodie v. Philadelphia Media Network, Inc. t/a Philadelphia Inquirer, Philadelphia Media Holdings, LLC, and Alfred Lubrano*, Civil Action No. 001107, E-filing No. 101201217, pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, shall be dismissed with prejudice, and Plaintiff Brodie shall immediately take the necessary action, at her sole cost and expense, to effectuate the dismissal with prejudice, including signing and filing such pleadings as are necessary and appropriate in furtherance thereof; and

      5.    The Plaintiffs are each hereby directed to immediately cease and refrain from any further acts to prosecute or continue the claims and causes of action asserted in their respective Actions (whether in the Pennsylvania Courts or any other court) or to, in any other manner, seek to enforce such claims against the Movants or

any of them.

                    By the Court:

                    Stephen Raslavich
                    Chief U.S. Bankruptcy Judge

Dated: June 15, 2011

<u>Office of the United States Trustee</u>
George Conway, Esquire
Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia PA 19106

<u>Counsel for Michelle Brodie</u>
Wally Zimolong, Esquire
SIGMAN & ROCHLIN, LLC
1515 Market Street, Suite 1360
Philadelphia, PA 19103-2799
wally@sigmanandrochlin.com

Richard Glunk, MD, Pro se
209 Spring Road
Malvern, PA 19355
drglunk@verizon.net

<u>Counsel for Philadelphia</u>
<u>Media Network</u>
Leon Barson, Esquire
Nina Varughese, Esquire
PEPPER HAMILTON, LLP
3000 Two Logan Square
Philadelphia, PA 19103
barsonl@pepperlaw.com
varughesen@pepperlaw.com